■ In the Matter of TYLER S., a Child Alleged to be Neglected. ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent; MARIA S., Appellant. [804 NYS2d 254]—In a child protective proceeding pursuant to Family Court Act article 10, the mother appeals, as limited by her brief, from so much of an order of disposition of

the Family Court, Kings County (Elkins, J.), dated September 10, 2004, as, upon a fact-finding order of the same court dated August 16, 2004, made after a hearing, found that she neglected her child.

Ordered that the order of disposition is affirmed insofar as appealed from, without costs or disbursements.

Family Court Act § 1046 (b) (i) requires that a finding of neglect of a child be supported by a preponderance of the evidence (*see Matter of Tammie Z.,* 66 NY2d 1 [1985]). We conclude that the finding of neglect with respect to the child was supported by a preponderance of the evidence.

The mother's remaining contentions are without merit. Adams, J.P., Luciano, Mastro and Lunn, JJ., concur.